UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOOST WORLDWIDE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>HALSTEAD QUICK MART & CELLULAR, INC.<br>      Defendant. | Civil Action<br>Case No.: 1:13-CV-00077<br><br>NOTICE OF MOTION<br><br>Judge: Honorable Ruben Castillo |

To: Halstead Quick Mart & Cellular Inc.
12201 S. Halstead Street
Chicago, Illinois 60628

**PLEASE TAKE NOTICE** that on _June 18th_, 2013, at 9:45 am, or as soon thereafter as counsel may be heard, plaintiff Boost Worldwide, Inc. ("plaintiff") will appear before the Honorable Ruben Castillo of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois 60604 - Court Room 2141 and move for an entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2) against defendant Halstead Quick Mart & Cellular Inc. in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, plaintiff will rely upon its complaint herein, filed on January 4, 2013, and the documents annexed thereto; the certification of Rob O'Neill executed on May 21, 2013; and the certification of Marc D. Youngelson, Esq., executed on May 29, 2013 and the documents annexed thereto; and the proposed form of order submitted herewith.

Dated: _6/10_, 2013

                _/s/ Robert B. Talan_
                Robert B. Talan, Esq.
                Talan & Ktsanes
                223 W. Jackson
                Suite 512
                Chicago, IL 60606
                Attorneys for Boost Worldwide, Inc.

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of plaintiff's motion for a default judgment has been served upon the following by first class mail and certified mail:

Halstead Quick Mart & Cellular Inc.<br>
12201 S. Halstead Street<br>
Chicago, Illinois 60628

Date: 6/10/13

_____
Robert B. Talan, Esq.
Talan & Ktsanes
223 W. Jackson
Suite 512
Chicago, IL 60606
Attorneys for Boost Worldwide, Inc.